JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARVY L. VAZQUEZ HERNANDEZ, an individual, and ANA MARIA HERNANDEZ MAYA VAZQUEZ, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> STONELEDGE FURNITURE LLC, a limited liability company; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:23-cv-09513-FMO-MRW <br><br> **ORDER OF DISMISSAL ON STIPULATION [20]** <br><br> Complaint Filed: 6/22/2023 Removal Filed: 11/9/2023 <br> Trial Date: 11/5/2024 |

Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: August 27, 2024

By: _____/s/_____

Hon. Fernando M. Olguin
United States District Judge